OPINION — AG -AN INITIAL SPECIFIED LOSS EXEMPTED FROM THE COVERAGE BY AN INSURANCE CONTRACT (VIZ., THE "DEDUCTIBLE") PROVIDED PURSUANT TO 70 O.S. 1975 Supp. 5-136, [70-5-136], MAY BE PAID BY A BOARD OF EDUCATION AT SCHOOL DISTRICT EXPENSE. (SCHOOL BOARD, PROVIDE LIABILITY INSURANCE TO INDEMNIFY SPECIFIED OFFICERS OR EMPLOYEES) CITE: 70 O.S. 1975 Supp. 5-117 [70-5-117], 70 O.S. 1971 1-103 [70-1-103], (HAROLD B. MCMILLIAN JR) ** SEE: OPINION NO. 77-151 (1977) **